# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MEDCOR, INC.**, an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> **CHRISTOPHER GARCIA**, a California resident; **AMANDA BROWN,** a Texas resident; **DR. RAVI PATEL,** a Florida resident; and **MEDWAY HEALTH, INC.,** a California Corporation; <br><br> Defendants. | Civil Case No.: 1:21-cv-02164 <br><br> Hon. Manish S. Shah |

## PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, A PRESERVATION ORDER, AND A PROTECTIVE ORDER

Plaintiff Medcor, Inc. ("Medcor") moves this Court for an Order granting it leave to take expedited discovery, entering a Preservation Order and Protective Order, and requiring Defendants to submit for a forensic examination all computers, smartphones, hard drives, and external storage devices such as CDs, DVDs, and thumb or flash drives in their possession, custody or control, that are or have been used in connection with Defendants' solicitation and delivery of COVID services for or on behalf of Defendant Medway or in competition with Medcor. Specifically, in connection with its soon-to-be-filed Motion for a Temporary Restraining Order and Preliminary Injunction, Medcor requests the Court to enter an Order permitting Medcor to take expedited, limited written discovery of Defendant Christopher Garcia, Defendant Amanda Brown, Defendant Ravi Patel, and Defendant Medway Health, Inc. (collectively "Defendants"). Furthermore, in order to ensure that all relevant evidence is preserved, Medcor seeks a Preservation Order requiring Defendants not to destroy any of the

1

evidence pertaining to this matter. Medcor also moves for a Protective Order pursuant to Fed. R. Civ. P. 26(c)(1)(G) to protect confidential business and trade secret information. For present discovery purposes, Medcor proposes entry of the Protective Order attached as Exhibit A, largely modeled after the Northern District of Illinois Model Protective Order (but precluding non-attorney access to Confidential Information). The bases for granting this Motion are fully set forth in the Medcor's Complaint and the accompanying Memorandum, as well as its Memorandum of Law in Support of Medcor's Motion for a Temporary Restraining Order and Preliminary Injunction.

This case warrants expedited discovery and proceedings, as well as the forensic examination of Defendants' relevant devices, to permit Medcor to develop and present to the Court the evidence required to obtain timely preliminary injunctive relief enjoining Defendants' conduct. Medcor should have the opportunity to determine in advance of any such evidentiary hearing the full scope of Defendants' misconduct regarding the misappropriation of Medcor's confidential information and trade secrets, breach of contracts, tortious interference, and other unfair competitive activities. Expedited discovery will resolve these issues and is reasonable in this case as it will prevent further irreparable harm that will likely occur if discovery is delayed, and is also the only way that Medcor can develop a sufficient factual record before a hearing on its request for a preliminary injunction. Attached to this Motion as Exhibits B and C are the Interrogatories and Requests for Production, respectively, concurrently served herewith on Defendants in connection with this Motion.

For these reasons and those set forth in the accompanying Memorandum, Medcor respectfully requests that this Court permit expedited discovery and order Defendants to respond to the discovery attached at Exhibit B and C within fourteen (14) days of the service of

said discovery, and to submit for forensic examination all relevant computers, smartphones, hard drives, and external storage devices such as CDs, DVDs, and thumb or flash drives in their possession, custody or control within fourteen (14) days of the entry of an Order granting Medcor's Motion.

Dated: May 5, 2021

Respectfully submitted,

By: /s/Dalton K. Hughes
William H. Frankel
wfrankel@brinksgilson.com
Virginia W. Marino
vmarino@brinksgilson.com
Dalton K. Hughes
dhughes@brinksgilson.com
**BRINKS GILSON & LIONE**
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200

*Attorneys for Plaintiff
MEDCOR, Inc.*

Anthony W. Mattivi
Anthony.Mattivi@medcor.com
MEDCOR, Inc.
4805 Prime Parkway
P.O. Box 550
McHenry, IL 60050
Telephone: (815) 363-9500

*Of Counsel for Plaintiff
MEDCOR, Inc.*